Harold Baxter **NAIRON**, Appellant,

v.

Elaine Lee **NAIRON**, Appellee.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Christian Circuit Court; Stephen P. White, Jr., Judge.

W. Edward Whitfield, Johnson & Whitfield, Hopkinsville, for appellant.

Grady Ruff, Hopkinsville, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

Cecil **BARCLAY**, Appellant,

v.

**COMMONWEALTH** of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Henderson Circuit Court; Carl D. Melton, Judge.

Paul F. Isaacs, Office of Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

William Eugene **ROBINSON** and Gary Joseph Bruce, Appellants,

v.

**COMMONWEALTH** of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from McCracken Circuit Court; C. Warren Eaton, Judge.

Tyler C. Bourne, Paducah, for appellant.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

Harold **McCOY**, Appellant,

v.

**COMMONWEALTH** of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Pike Circuit Court; Edgar N. Venters, Judge.

Anthony M. Wilhoit, Frankfort, Jack E. Farley, Pikeville, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

* Opinion ordered not to be published.